FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB -7 2017

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 4:17CR 00025 JLH |
| vs. | ) | |
| | ) | |
| CEDRIC JAMES BROCK | ) | 18 U.S.C. § 922(g)(1) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

A.  Prior to September 2, 2016, the defendant,

CEDRIC JAMES BROCK,

had previously been convicted as follows:

1. In the Pulaski County Circuit Court for domestic battery 3rd degree enhanced, in criminal case CR 2006-001553, on or about October 17, 2006.

2. In the Pulaski County Circuit Court for domestic battery 3rd enhanced, and terroristic threatening 1st degree, in criminal case CR 2009-002507, on or about March 30, 2010.

3. In the Pulaski County Circuit Court for possession of firearms by certain persons, in criminal case CR 2010-2368, on or about November 19, 2010.

B.  The crimes set forth in paragraph A above were punishable by a term of imprisonment exceeding one year.

C.  On or about September 2, 2016, in the Eastern District of Arkansas,

CEDRIC JAMES BROCK,

did knowingly possess a firearm in and affecting commerce, to wit, a Ruger, Model Mark III Target, .22 caliber pistol, bearing serial number 270-97438, thereby violating Title 18, United States Code, Section 922(g)(1).